■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN A. O'NEAL, Appellant.—Judgment unanimously affirmed. Memorandum: The issues raised by defendant on appeal lack merit. The verdict was not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490); the court properly exercised its discretion in making its *Sandoval* ruling *(see, People v Sandoval,* 34 NY2d 371); defendant has not shown that the prosecutor failed to comply with his *Rosario* obligation *(see, People v Rosario,* 9 NY2d 286, *rearg denied* 9 NY2d 908, *cert denied* 368 US 866, *rearg denied* 14 NY2d 876, 15 NY2d 765); and the alleged error with respect to the jury charge was not preserved for our review and we decline to reach the issue in the interest of justice. (Appeal from judgment of Onondaga County Court, Cunningham, J.—robbery, second degree.) Present—Doerr, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE MOORE, Appellant.—Judgment unanimously affirmed. Memorandum: Contrary to defendant's contention, the verdict was not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490). Further, we find no merit in defendant's argument that the police witness bolstered the identification testimony of the eyewitnesses to the crime. The testimony of the police witness referred not to any identification made by the eyewitness, but to the identification of defendant made by the police witness as he arrived at the scene. The court did not err in admitting the testimony by the fingerprint expert. Defendant's sentence was not harsh and excessive. (Appeal from judgment of Erie County Court, D'Amico, J.—criminal possession of weapon, third degree.) Present —Doerr, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELMORE HARRIS, Appellant.—Judgment unanimously affirmed for reasons stated in decision at Erie County Court, McCarthy, J. (Appeal from judgment of Erie County Court, McCarthy, J. —robbery, second degree.) Present—Doerr, J. P., Boomer, Pine, Balio and Lawton, JJ.